UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2020 FEB 19 P 7:18
U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 3:20-CR-18 |
| V. ) | |
| ) | JUDGES Varlan / Guyton |
| ANKUR KHEMANI ) | |
| GAURAV BHASIN ) | (SEALED) |
| MARILYN STERK ) | |
| JENNIFER STERK ) | |
| TERESA STERK VANBAALE ) | |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its counsel, Frank M. Dale, Jr., Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter. All of the defendants are not in custody. The United States seeks arrest warrants authorizing the arrest of the defendants. So as not to alert the defendants in advance of their pending arrests, it is respectfully requested that the court seal the indictment and this case until such time as the defendants are arrested and this court orders the indictment and case unsealed.

Respectfully submitted,

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: _____
Frank M. Dale, Jr.
Assistant United States Attorney