# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:20-CR-18 |
| v. ) | Judges Varlan / Guyton |
| ) | |
| ANKUR KHEMANI, ) | |
| GAURAV BHASIN, ) | |
| MARILYN STERK, ) | |
| JENNIFER STERK, and ) | |
| TERESA STERK VANBAALE ) | |
| ) | |
| Defendants. ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and Frank M. Dale, Jr., Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure.

The Indictment (Doc. 8), filed on February 19, 2020, seeks forfeiture of proceeds pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461. The United States hereby gives notice that it is seeking forfeiture of the following properties, in addition to the money judgment already listed in the forfeiture allegations of the Indictment:

    a)     $11,353.75 in U.S. currency seized on November 21, 2018, from Community 1st Credit Union Bank account number xxxx1217, in the name of Tydan Tech, LLC;

    b)     $21,611.06 in U.S. currency seized on November 13, 2018, from Community 1st Credit Union Bank account number xxxx0238, in the name of Cloudcomm Technologies, LLC;

c)  $4,971.28 in U.S. currency seized on November 13, 2018, from Community 1st Credit Union Bank account number xxxx5490, in the name of Alignteq, LLC;

d)  $11.96 in U.S. currency seized on November 13, 2018, from Community 1st Credit Union Bank account number xxxx1627, in the name of Azure Support, LLC; and

e)  $424.68 in U.S. currency seized on November 13, 2018, from Community 1st Credit Union Bank account number xxxx0923, in the name of IDT Info Solutions, LLC.

Respectfully submitted on March 24, 2020.

    J. DOUGLAS OVERBEY
    United States Attorney

By:   *s/Frank M. Dale, Jr.*
    FRANK M. DALE, JR.
    Assistant United States Attorney
    800 Market St., Suite 211
    Knoxville, TN 37931
    (865) 545-4167
    frank.dale@usdoj.gov
    D.C. Bar #454048