UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| GAURAV BHASIN, | ) | Nos.: | 3:20-CR-18-TAV-JEM-2 |
| MARILYN STERK, | ) | | 3:20-CR-18-TAV-JEM-3 |
| JENNIFER STERK, and | ) | | 3:20-CR-18-TAV-JEM-4 |
| TERESA STERK VANBAALE, | ) | | 3:20-CR-18-TAV-JEM-5 |
| | ) | | |
| Defendants. | ) | | |

## ORDER

This criminal case is before the Court on defendants Marilyn Sterk, Jennifer Sterk, and Teresa Sterk Vanbaale's Unopposed Motion to Continue Trial [Doc. 89] and defendant Gaurav Bhasin's Motion to Join Co-Defendant Sterk's Motion to Continue [Doc. 90]. Defendants move to continue the trial of this case, currently scheduled for April 5, 2022. In support, defendants note a family member was involved in an accident and during that time they were not able to direct the appropriate attention to their case. The government does not oppose a continuance.

It appearing that defendants require additional time to adequately prepare for trial, taking into account the exercise of due diligence by the parties. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court thus finds that a failure to continue this case would likely result in a miscarriage of justice. *Id.* § 3161(h)(7)(B)(i). Accordingly, the Court finds that

the ends of justice served by granting such a continuance outweigh the best interests of the public and defendants in a speedy trial. *Id.* § 3161(h)(7)(A).

For good cause shown, and in light of the lack of opposition by the government, the motion to continue [Doc. 89] and motion to join [Doc. 90] are hereby **GRANTED**, and the trial of this case, previously scheduled for April 5, 2022, is **CANCELLED** and is **RESCHEDULED** for <u>**Tuesday, July 12, 2022, at 9:00 a.m.**</u>  The plea agreement deadline is extended to <u>**Monday, June 13, 2022**</u>.  The period of time between the filing of defendants' motions and the new trial date shall be fully excludable under the Speedy Trial Act. *Id.* § 3161(h)(7)(A)–(B).

IT IS SO ORDERED.

<u>s/ Thomas A. Varlan</u>
UNITED STATES DISTRICT JUDGE