# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No.   3:20-CR-18        Date: December 20, 2023

United States of America   vs.   Marilyn Sterk

**PROCEEDINGS:** Sentencing Hearing.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp | Tara Wood |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Frank Dale | | David Fautsch |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

**JUDGMENT OF THE COURT:**
- 30 Months of Imprisonment as to each of Counts 1 and 2 of the Indictment
- Followed by 2 Years Supervised Release
- Special Assessment in the amount of $200.00. The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine.
- Restitution in the amount of $4,376,841.24 j/s with Arkur Khemani, Gaurav Bhasin
- The court recommends that the defendant receive a medical health evaluation and any treatment deemed appropriate. It is further recommended that the defendant be designated to a facility close to Iowa.
- Defendant to remain on conditions of release pending designation by the BOP.

10:00 a.m. to 11:53 a.m.